```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

        SEP 3 0 2005       ES
                AT SEATTLE
        CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) CR05 0360 TSZ |
| --- | --- |
| Plaintiff, | ) |
| v. | ) INFORMATION |
| DONALD SHULL, | ) (Felony) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

**(Conspiracy to Violate the Export Administration Act)**

Beginning in or before 2002, and continuing through August 5, 2003, in the Western District of Washington and elsewhere, DONALD SHULL, and other persons known and unknown, knowingly conspired to export, attempt to export, or cause to be exported from the United States articles listed on the U.S. Commodity Control List, and other controlled articles, without having obtained from the U.S. Department of Commerce a license or other authorization required by law for the export of such articles.

//
//
//
//
//

05-CR-00360-INFO

INFORMATION/Donald Shull - 1

1  All in violation of Title 50, United States Code App., Section 2410(a).

2

3  DATED this 30th day of SEPTEMBER, 2005.

4

5  _____
6  JOHN McKAY
   United States Attorney

7

8  _____
   Douglas B. Whalley
9  Assistant United States Attorney

10

11  _____
    Todd Greenberg
12  Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/Donald Shull - 2